# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| TIANNA M. BIAS, MARIA L. LAURATO, and DENETHRIS L. BARNES, *Individually and on behalf of others similarly situated*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV418-088 |
| SAVANNAH LAW SCHOOL, LLC, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Defendants' unopposed motion to stay pending disposition of their motion to dismiss the Complaint (doc. 7) is **GRANTED**. Doc. 14; *see* doc. 15 (statement of non-opposition).

**SO ORDERED,** this  8th  day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA